

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2019

No. 04-18-00733-CR

Martin **BALLEZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12645
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief was originally due by February 27, 2019, but was not filed. In response to this court's order, which required appellant to file the brief by April 15, 2019, appellant filed a motion for extension of time asking for an additional two weeks to file the brief. We GRANT appellant's motion and ORDER appellant to file his brief in this court on or before April 29, 2019.

We order the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court